|  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
|  | 9/27/2019 | 10/4/2019 | 10/11/2019 | 10/18/2019 | 10/25/2019 |
| **Cash Receipt** | | | | | |
| Collection | $ 106,888 | $ 106,888 | $ 119,996 | $ 135,070 | $ 146,649 |
| Less: D&A and Markdowns | | | | | |
| Less: Accrued Markdowns | | | | | |
| **Total Net Cash Receipts** | $ 106,888 | $ 106,888 | $ 119,996 | $ 135,070 | $ 146,649 |
|  | | | | | |
| Total Cash In | | | | | |
|  | | | | | |
| **Cash Distributions** | | | | | |
| Salary Expense | $ - | $ 67,883 | $ - | $ 67,883 | $ - |
| Health Insurance | $ - | $ 18,219 | $ - | $ - | $ - |
| Shipping Expense | $ 12,104 | $ 12,104 | $ 12,104 | $ 12,104 | $ 14,167 |
| Shipping Supply Expense | $ 7,914 | $ - | $ 7,696 | $ - | $ 8,523 |
| Office Expense | $ 752 | $ 752 | $ 752 | $ 752 | $ 752 |
| Office Rent Expense | $ - | $ - | $ 9,115 | $ - | $ 19,800 |
| Utilities Expense | $ 4,411 | $ - | $ - | $ - | $ 4,411 |
| Domestic Travel | $ - | $ - | $ 2,500 | $ - | $ - |
| International Travel Expense | $ - | $ - | $ - | $ - | $ - |
| Misc Expenses | $ - | $ 1,400 | $ - | $ - | $ - |
| Accounting & Auditing Expense | $ - | $ 217 | $ 217 | $ 217 | $ 217 |
| BK Professional Fees | $ - | $ - | $ - | $ - | $ - |
| Other Agency and Club Fee | $ - | $ - | $ - | $ - | $ - |
| Corporation License and Renew | $ - | $ - | $ - | $ - | $ - |
| Selling and Marketing Expense | $ 27,182 | $ 28,541 | $ 29,968 | $ 31,467 | $ 33,040 |
| Merchandise Processing Fee | $ - | $ - | $ - | $ - | $ - |
| Sales Tax | $ - | $ 6,000 | $ - | $ - | $ - |
| Insurance-Business | $ 5,225 | $ - | $ 1,075 | $ 1,687 | $ 5,225 |
| Credit Card | $ 572 | $ 572 | $ 572 | $ 572 | $ 572 |
| Bank and Merchant Service | $ - | $ - | $ - | $ - | $ - |
| Other Processing Charge | $ - | $ - | $ - | $ - | $ - |
| Web Hosting & Domains | $ - | $ - | $ - | $ - | $ - |
| IT Maintain Expense | $ - | $ 1,250 | $ - | $ - | $ - |
| Customer Refund | $ 20 | $ 375 | $ - | $ - | $ 20 |
| New PO for products | $ - | $ - | $ 50,000 | $ 600,000 | $ 50,000 |
| UST Fees | $ - | $ - | $ 1,986 | $ - | $ - |
| UPS Interest | $ - | $ - | $ - | $ - | $ - |
| Vendor payment | | | | | |
| **Total Distributions** | $ 58,180 | $ 137,313 | $ 115,985 | $ 714,681 | $ 136,727 |
|  | | | | | |
| **Beginning Cash** | $ 27,751 | $ 76,459 | $ 46,033 | $ 50,044 | $ 150,432 |
| Total Disbursements | $ (58,180) | $ (137,313) | $ (115,985) | $ (714,681) | $ (136,727) |
| Total Receipts | $ 106,888 | $ 106,888 | $ 119,996 | $ 135,070 | $ 146,649 |
|  | | | | | |
| **Ending Cash** | $ 76,459 | $ 46,033 | $ 50,044 | $ 150,432 | $ 160,354 |