**Fill in this information to identify the case:**

Debtor name    **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **19-90927**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $    **46,821,247.18**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **46,821,247.18**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **24,469,569.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **771,204.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **9,078,945.21**

4.    **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    $    **34,319,718.21**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **19-90927**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $415.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank  303 S. Mattis Avenue, Payroll and Operating Account** | **Operating/Payroll** | **0805** | $814.30 |
| 3.2. | **Chase Bank   303 S  Mattis Ave, Champaign, IL 61821 (217) 353-4428 Lockbox, Collections** | **Lockbox** | **1790** | $0.00 |
| 3.3. | **Busey Bank,  Secondary Account - not in use** | **Inactive Account** | **5734** | $609.53 |
| 3.4. | **Bank of Champaign, 2101 S. Neil St. Champaign, IL  61820** | **Inactive Account** | **2701** | $1,069.06 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $2,907.89 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Debtor   **EP Technology Corporation U.S.A.**                                   Case number *(If known)*  **19-90927**
_____
Name

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **21,593,928.84**     -     **undetermined  amount**                 **$21,593,928.84**
                                face amount                     doubtful or uncollectible accounts

11b. Over 90 days old:     **3,350,622.45**     -     **0.00**  =....                 **$3,350,622.45**
                                face amount                     doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                 **$24,944,551.29**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale less 97,607 for shipping capitalization** | **June 30, 2019** | **$0.00** | **Recent cost** | **$21,414,957.00** |
| 22.  **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                 **$21,414,957.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **EP Technology Corporation U.S.A.**                                    Case number *(If known)* **19-90927**
Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Miscellaneous office furniture - zero net book value | $0.00 | N/A | Unknown |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Net book value of miscelleneous machinery, equipment and vehicles | $157,562.00 | | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              | $0.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **EP Technology Corporation U.S.A.**                    Case number *(If known)*  **19-90927**
Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Building improvements** | **Tenancy** | **$28,335.00** | **N/A** | **Unknown** |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **EP Technology Corporation U.S.A.**                    Case number *(If known)* **19-90927**
Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Other receivables from related parties (Zmodo China
and Zmodo USA)**                                                    $139,831.00

       **Deferred tax asset**                                      $319,000.00

78.    **Total of Part 11.**                                        $458,831.00
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **EP Technology Corporation U.S.A.**                    Case number *(If known)*  **19-90927**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,907.89** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$24,944,551.29** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$21,414,957.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$458,831.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$46,821,247.18** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$46,821,247.18** |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **19-90927**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **UPS Capital Corporation** | | $24,469,569.00 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**35 Glendale Parkway
Suite 500
Atlanta, GA 30328**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory and receivables/substantially all assets. A portion of receivables subject to returned goods.**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. **Total of the dollar amounts from Part 1, Column A,** including the amounts from the Additional Page, if any. | $24,469,569.00 |
|---|---|

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **19-90927**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70,653.00** | **$70,653.00** |
| | **California Department of Tax and Fe** <br> **1521 W Cameron Ave, Ste 300,** <br> **West Covina, CA 91790-2738** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171,046.00** | **$171,046.00** |
| | **Illinois Department or Revenue** <br> **101 W. Jefferson St.** <br> **Springfield, IL 62702** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2018 Tax** | Basis for the claim: <br> **Corporate Income Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           43927           Best Case Bankruptcy

| Debtor | **EP Technology Corporation U.S.A.** | Case number *(if known)* | **19-90927** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $529,505.00 | $529,505.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operations** | ☐ Contingent | | |
| | **P.O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Corporate Income Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.65 |
|---|---|---|---|
| | **ADP Inc** | ☐ Contingent | |
| | **PO Box 842875** | ☐ Unliquidated | |
| | **Boston, MA 02284-2873** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Payroll Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,821.04 |
|---|---|---|---|
| | **Ameren Illinois** | ☐ Contingent | |
| | **P.O. Box 88034** | ☐ Unliquidated | |
| | **Chicago, IL 60680-1034** | ☐ Disputed | |
| | Date(s) debt was incurred  **0** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **0** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.50 |
|---|---|---|---|
| | **Area Disposal Service** | ☐ Contingent | |
| | **1102 County Rd** | ☐ Unliquidated | |
| | **900 N.** | ☐ Disputed | |
| | **Tolono, IL 61880** | | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AT&T Mobility** | ☐ Contingent | |
| | **P.O. Box 6416** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6416** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|
| | **Benefit Planning Consultants, Inc.** | ☐ Contingent | |
| | **PO Box 7500** | ☐ Unliquidated | |
| | **Champaign, IL 61826-7500** | ☐ Disputed | |
| | Date(s) debt was incurred  **0** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **0** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,054.02 |
|---|---|---|---|

**Blue Cross, Blue Shield of Illinois**
**2151 W. White Oak Drive**
**Springfield, IL 62704-6495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Employment Development D**
**722 Capital Mall**
**#5098**
**Sacramento, CA 95814**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585,182.19 |
|---|---|---|---|

**China Zmodo Corp-Yancheng Subsidary**
**Zmodo Intelligence Industrial Park No.81**
**Yancheng Development Area**
**Yancheng, Jiangsu 00022-4007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**0**

Basis for the claim: __

Last 4 digits of account number __**0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**City of Champaign**
**102 N. Neil Street**
**Champaign, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cloudfare**
**101 Townsend St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Internet Hosting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,224.80 |
|---|---|---|---|

**CNA  Insurance**
**PO Box 790094**
**Saint Louis, MO 63179-0094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,638.97 |
|---|---|---|---|

**Comcast**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Internet Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.00**

**Commerce Technologies, Inc.**
**25736 Network Place**
**Chicago, IL 60673-1257**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Retail Wholesale connecting software service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Commonwealth of Massachusetts**
**One Ashburton Place**
**Room 1611**
**Boston, MA 02108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,753.64**

**Consolidated Communications**
**P.O. Box 2564**
**Decatur, IL 62525-2564**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$866.30**

**Discovery Warehouse**
**2805 S. Boulder Drive**
**Urbana, IL 61802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DNS Made Easy**
**11490 Commerce Park Drive Suite #140**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.33**

**Fastenal**
**1902 West Springer**
**Champaign, IL 61821**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.50**

**FedEx**
**PO Box 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EP Technology Corporation U.S.A.** | | Case number (if known) | **19-90927** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|
| | **Fresh Cut Lawncare** | ☐ Contingent | |
| | **2218 Morningside Drive** | ☐ Unliquidated | |
| | **Saint Joseph, IL 61873** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.50** |
|---|---|---|---|
| | **George Alarm** | ☐ Contingent | |
| | **917 S. 9th Street** | ☐ Unliquidated | |
| | **Springfield, IL 62703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Alarm System__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GMAIL Domain** | ☐ Contingent | |
| | **Google Inc.,** | ☐ Unliquidated | |
| | **PO Box 39000** | ☐ Disputed | |
| | **San Francisco, CA 94139** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Company email__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GoDaddy.com** | ☐ Contingent | |
| | **1402 E BUCKEYE RD** | ☐ Unliquidated | |
| | **Phoenix, AZ 85034-4107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Company domain__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Google** | ☐ Contingent | |
| | **PO Box 39000** | ☐ Unliquidated | |
| | **San Francisco, CA 94139** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Google Cloud__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Google** | ☐ Contingent | |
| | **PO Box 39000** | ☐ Unliquidated | |
| | **San Francisco, CA 94139** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __GMAIL Storage Subscription__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HD Stor** | ☐ Contingent | |
| | **23910 N. 19th Ave. #48** | ☐ Unliquidated | |
| | **Phoenix, AZ 85085** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number *(if known)* | **19-90927** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Hulming Zhu**
**1401 Interstate Dr.**
**Champaign, IL 61822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$35.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Illinois Department of Empt Sec**
**Collections Section**
**33 S State Street 10th Floor**
**Chicago, IL 60603-2802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**310 W Church Strreet**
**Champaign, IL 61820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 806532**
**Cincinnati, OH 45280-6532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Iowa Dept of Revenue**
**Hoover State Office Building**
**1305 East Walnut Street**
**Des Moines, IA 50319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Kentucky Department of Revenue**
**501 High St**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$0.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**KEVIN WAN**
**2501 Prairie Ridge Pl**
**Champaign, IL 61822**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

As of the petition filing date, the claim is: *Check all that apply.*                                                    **$39,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**Linode.com**
249 Arch St.
Philadelphia, PA 19106

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Web Hosting**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.35** | Nonpriority creditor's name and mailing address
**Martin, Hood, Friese, & Associates, LLC**
2507 South Neil Street
Champaign, IL 61820

Date(s) debt was incurred  0

Last 4 digits of account number  0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

**3.36** | Nonpriority creditor's name and mailing address
**McCormick Commercial Service**
PO BOx 847
Urbana, IL 61803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Service**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Midwest Fiber Recycling**
422 S. White Oak Rd.
Normal, IL 61761

Date(s) debt was incurred  0

Last 4 digits of account number  0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recylcing**

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.38** | Nonpriority creditor's name and mailing address
**Minnesota Department of Revenue**
600 Robert Street N
Saint Paul, MN 55101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.39** | Nonpriority creditor's name and mailing address
**Mu Meng**
2504 Coppertree Rd
Champaign, IL 61822

Date(s) debt was incurred  0

Last 4 digits of account number  0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$487.73

---

**3.40** | Nonpriority creditor's name and mailing address
**Mutual of Omaha**
Payment Processing Center
Omaha, NE 68103-2147

Date(s) debt was incurred  0

Last 4 digits of account number  0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$999.80

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.42**

**Nantucket Cove**
**2001 N. Moreland Blvd.**
**Champaign, IL 61822**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **landlord for apartment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**North Carolina Dept. of Revenue**
**301 MCCullough Drive**
**Suite 300**
**Charlotte, NC 28262**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Oklahoma Tax Commission**
**2501 North Lincoln Boulevard**
**Oklahoma City, OK 73194**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PDC/Area Companies**
**32289 Collection Ctr. Drive**
**Chicago, IL 60693-0322**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,040.00**

**QBE**
**PO Box 3109**
**Milwaukee, WI 53201-3109**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**REAMAZE.COM**
**920 Saratoga Street**
**suite 213**
**San Jose, CA 95129-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chat Service Software**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.83**

**Rental City**
**2508 N. Mattis Ave.**
**Champaign, IL 61826-7080**

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Sage Software**
**56 TECHNOLOGY DR**
**Irvine, CA 92618-2301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting Service**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.49**

**Nonpriority creditor's name and mailing address**

**SPS Commerce**
**VB Box 3**
**PO Box 9202**
**Minneapolis, MN 55480-9202**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **EDI Provider**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.50**

**Nonpriority creditor's name and mailing address**

**State of California Franchise Tax B**
**9646 Buttrfield Way**
**Sacramento, CA 95827**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.51**

**Nonpriority creditor's name and mailing address**

**State of Washington Dept. Revenue**
**3315 S. 23rd  Street**
**#300**
**Tacoma, WA 98405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Tepper Electric Supply**
**P.O. Box 310656**
**Des Moines, IA 50331-0656**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$149.66

---

**3.53**

**Nonpriority creditor's name and mailing address**

**ULINE**
**Attn: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping Supply**

Is the claim subject to offset? ■ No  ☐ Yes

$17,316.23

---

**3.54**

**Nonpriority creditor's name and mailing address**

**United Fuel Co.**
**P.O. BOX 938, Rantoul, IL  61866 US**
**Rantoul, IL 61866**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Power Backup**

Is the claim subject to offset? ■ No  ☐ Yes

$566.89

---

| Debtor | **EP Technology Corporation U.S.A.** | Case number *(if known)* | **19-90927** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,224.25** |
|---|---|---|---|

**United States Liability Ins Comp.**
**PO Box 62778**
**Baltimore, MD 21264-2778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4974**

Basis for the claim: **EPL Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,654.17** |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,548.10** |
|---|---|---|---|

**UPS Capital Ins. Agency, Inc.**
**Carfgo Premium Trust**
**PO Box 934852**
**Atlanta, GA 31193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,773.83** |
|---|---|---|---|

**UPS SCS Chicago**
**2803 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.44** |
|---|---|---|---|

**Urbana Champaign Sanitary District**
**PO Box 669**
**Urbana, IL 61803-0669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USPS**
**475 L'Enfant Plaza SW**
**Washington, DC 20260-0004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Shipping/Postage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.95** |
|---|---|---|---|

**Verified First**
**1550 S Tech Lane**
**Suite 200**
**Meridian, ID 83642**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **EP Technology Corporation U.S.A.** | Case number *(if known)* | **19-90927** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Washington State Dept of Taxes**
**Department of Revenue**
P.O. Box 47464
Olympia, WA 98504-7464

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wisconsin Department of Revenue**
**Nexus Unit MS 2-233**
PO Box 8906
Madison, WI 53708-8906

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**XPO Logistics Freight, Inc.**
**29559 Network Place**
IL 61679-1559

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,200,334.61 |
|---|---|---|---|

**ZMODO Technology (Shenzhen) Co. LTD**
**BlueSky Technology Park, Bldg 5**
BaoAn District
Sha Er Village
Shajing Town, Shenzhen 00022-4007

Date(s) debt was incurred **0**

Last 4 digits of account number **0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOHO Expenses Software**
**4141 HACIENDA DR**
Pleasanton, CA 94588-8549

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HR Employee Software**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blue Cross, Blue Shield of Illinois**<br>**300 E. Randolph Street**<br>`<br>**Chicago, IL 60601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 771,204.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,078,945.21 |

| Debtor | **EP Technology Corporation U.S.A.** | Case number (if known) | **19-90927** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 9,850,149.21

**Fill in this information to identify the case:**

Debtor name      **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF ILLINOIS

Case number (if known)      **19-90927**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3201 N. Apollo Drive, Champaign, Illinois 61822** | |
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **Discovery Warehouse 2805 S. Boulder Drive Urbana, IL 61802** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease** | |
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **Kevin Wan 1401 Interstate Drive Champaign, IL 61822** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for apartment at 2005 Moreland Blvd., Champaign, IL 61822** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nantucket Cove Apartments 2001 Moreland Blvd, Champaign, IL 61822** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **EP Technology Corporation U.S.A.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **19-90927**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kevin Wan** | **2501 Prairie Ridge Place Champaign, IL 61822** | **UPS Capital Corporation** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 **ZMODO Technology Corporation Ltd** | **1401 Interstate Dr. Champaign, IL 61822 Guarantor** | **UPS Capital Corporation** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy