Fill in this information to identify the case:

Debtor name: **EP Technology Corporation U.S.A.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF ILLINOIS**
Case number (if known): **19-90927**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| ADP Inc<br>PO Box 842875<br>Boston, MA 02284-2873 | | Payroll Service | | | | $337.65 |
| Ameren Illinois<br>P.O. Box 88034<br>Chicago, IL 60680-1034 | 877-263-7369 | | | | | $8,821.04 |
| Blue Cross, Blue Shield of Illinois<br>2151 W. White Oak Drive<br>Springfield, IL 62704-6495 | | | | | | $17,054.02 |
| California Department of Tax and Fe<br>1521 W Cameron Ave, Ste 300,<br>West Covina, CA 91790-2738 | 626-480-7260 | | | | | $70,653.00 |
| CNA Insurance<br>PO Box 790094<br>Saint Louis, MO 63179-0094 | Law Offices of Edward J. Kozel<br><br>312-817-1978 | Insurance | | | | $5,224.80 |
| Comcast<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | 215-981-7790 | Internet Service | | | | $36,638.97 |
| Consolidated Communications<br>P.O. Box 2564<br>Decatur, IL 62525-2564 | 936-788-1229 | | | | | $2,753.64 |

Debtor **EP Technology Corporation U.S.A.**
Name

Case number *(if known)* **19-90927**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Discovery Warehouse 2805 S. Boulder Drive Urbana, IL 61802 | | Lease | | | | $866.30 |
| Illinois Department or Revenue 101 W. Jefferson St. Springfield, IL 62702 | 312-814-3589 | Corporate Income Tax | | | | $171,046.00 |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | 855-810-2808 | Corporate Income Tax | | | | $529,505.00 |
| Martin, Hood, Friese, & Associates, LLC 2507 South Neil Street Champaign, IL 61820 | 217-351-7726 | Accounting Services | | | | $450.00 |
| Mutual of Omaha Payment Processing Center Omaha, NE 68103-2147 | chicagoservice@mutualofomaha.com 402-997-1998 | | | | | $999.80 |
| QBE PO Box 3109 Milwaukee, WI 53201-3109 | 800-926-6686 | | | | | $5,040.00 |
| ULINE Attn: Accounts Receivable PO Box 88741 Chicago, IL 60680-1741 | 800-295-5571 | Shipping Supply | | | | $17,316.23 |
| United Fuel Co. P.O. BOX 938, Rantoul, IL 61866 US Rantoul, IL 61866 | 217-892-8905 | Power Backup | | | | $566.89 |
| United States Liability Ins Comp. PO Box 62778 Baltimore, MD 21264-2778 | 610-688-4391 | EPL Insurance | | | | $3,224.25 |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | | $69,654.17 |

| Debtor | EP Technology Corporation U.S.A. | | | Case number *(if known)* | **19-90927** |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Capital Ins. Agency, Inc. Carfgo Premium Trust PO Box 934852 Atlanta, GA 31193** | **Attn: President or Managing Member** **281-890-1323** | | | | | **$9,548.10** |
| **UPS SCS Chicago 2803 Network Place Chicago, IL 60673** | | | | | | **$72,773.83** |
| **Urbana Champaign Sanitary District PO Box 669 Urbana, IL 61803-0669** | | | | | | **$498.44** |