**IT IS SO ORDERED.**

**SIGNED THIS: November 20, 2019**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   EP Technology Corporation U.S.A.                                  Case No.   19-90927

Debtor

### ORDER

The following having been filed:

1) Debtor's Application to Employ Bartell Powell LLP as Debtor's Attorney (Doc. #52)

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1 | Denied for failure to submit an order. |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###