

**U.S. Department of Justice**
Office of the United States Trustee, *Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*
*Peoria, Illinois 61602*

*Phone: 309/671-7854*
*Fax:  309/671-7857*

## Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees

Debtor Name: **EP Technology Corporation USA**   For the month ended: **11/30/19**

Case Number: **19-90927**   Date Bankruptcy filed: **9/23/19**

**This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.**

| Portion of the report: | Reason not completed or provided: |
|---|---|
| Monthly Income Statement | N/A |
| Monthly Cash Flow | N/A |
| Operating Report Summary | N/A |
| Bank Statements | N/A |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative:

Title of Representative if applicable: **Financial Advisor**

Dated: **December 16**, 20**19**   Debtor's phone number: **401**-**864**-**8465**

Name of Preparer: **Jeffrey M. Buzzerio**,   **Financial Advisor**
(Title)

Preparer's phone number: **401**-**864**-**8465**

Revised: 04/16/2009 *(updated 08/26/2015)*

1

### OFFICE OF THE U.S. TRUSTEE – REGION 10
### MONTHLY    INCOME    STATEMENT
*(Accrual Method of accounting is required)*
#### As of 11/30/2019

**Debtor Name:** EP Technology Corporation USA          **Case Number:** 19-90927

|  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| **INCOME** | | |
| Gross Receipts or Sales | 944059 | 1829508 |
| less: returns or allowances | | |
| Cost of Goods | | |
| Beginning Inventory | | |
| Purchases | | |
| Other Costs ( attach itemized schedule) | | |
| less: ending inventory | | |
| Cost of Goods Sold | 835632 | 2352346 |
| Gross Profit | 108426 | (522838) |
| Interest | 166126 | 388325 |
| Rents | 30144 | 60288 |
| Gain(Loss) from sale of property | | |
| Other Income ( attach itemized schedule) | | |
| Total Income | (87844) | (971452) |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of Officers | 15385 | 37462 |
| Salaries & Wages | 117219 | 239331 |
| Repairs & Maintenance | 309 | 785 |
| Supplies | 12823 | 19448 |
| Bad Debts | | |
| Rents | | |
| Payroll Taxes | 7252 | 16108 |
| Other Taxes | (133243) | (461838) |
| Interest Expense | 343 | 623 |
| Depreciation | 13000 | 39000 |
| Insurance | 3546 | 8147 |
| Travel & Entertainment | 1698 | 2408 |
| Utilities & Telephone | 11733 | 19111 |
| Professional & Legal | 86076 | 86464 |
| Other Expenses (Attach Itemized Schedule) | 86915 | 216843 |
| Total Expenses | 223056 | 223892 |
| Net Profit (Loss) | (310899) | (1195343) |

OFFICE OF THE U.S. TRUSTEE - REGION 10
MONTHLY CASH FLOW for the month ended 11/30/2019

**Debtor Name:** EP Technology Corporation USA          **Case Number:** 19-90927

Reconciled bank balance and cash on hand from last month
*(if this is the first report, insert the cash balance as of the petition date)*                    215365

## CASH RECEIPTS

| | |
|---|---|
| from cash sales/receipts | 58866 |
| from collection of pre-petition accounts receivable | 369379 |
| from collection of post-petition accounts receivable | 15511 |
| from loans (attach itemized list) | |
| from contributions to capital or from gifts | |
| other receipts (attach itemized schedule) | |

TOTAL RECEIPTS (Do not include beginning bank balance)          443756

## CASH DISBURSEMENTS

| | |
|---|---|
| inventory purchases | |
| net payments to officers/owners (actual cash paid) | 15385 |
| net payments to other employees (actual cash paid) | 117219 |
| rent payments | |
| lease payments | |
| mortgage or note payments | |
| adequate protection payments | |
| insurance | 3183 |
| utilities/telephone | 11463 |
| tax payments (from page 4) | |
| advertising & marketing | 9444 |
| supplies | 8999 |
| outside labor | |
| travel/entertainment | |
| payments to attorneys (attach copy Court order) payments | 51595 |
| to accountants (attach copy Court order) payments to | |
| other professionals (attach copy Court order) payment of | |
| U.S. Trustee Quarterly Fee | |
| other expenses (attach itemized schedule) | 57230 |

TOTAL DISBURSEMENTS          282880

NET CASH FLOW (Total Receipts minus Total Disbursements)          160876

Bank Balance and cash on hand at the end of the month          376241
**(beginning balance + cash receipts - cash disbursements)**

**Attach copies of all bank statements and reconciliations.**

Revised: **04/16/2009** *(updated 08/26/2015)*

OFFICE OF THE U.S. TRUSTEE - REGION 10
STATUS OF TAXES for the month ended 11/30/2019

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| Withholding | 0 | 11108 | 11108 | 0 |
| FICA-employee | 0 | 7086 | 7086 | 0 |
| FICA-employer | 0 | 7086 | 7086 | 0 |
| Unemployment | 0 | | | 0 |
| Income | 0 | | | 0 |
| Other - list | 0 | | | 0 |
| a. subtotal | 0 | 25280 | 25280 | 0 |
| **STATE & LOCAL** | | | | |
| Withholding | 0 | 5370 | 5370 | 0 |
| Sales Excise | 0 | 391 | 391 | 0 |
| Unemployment | 0 | 117 | 117 | 0 |
| Other | 0 | | | 0 |
| Real property | 0 | | | 0 |
| Personal property | 0 | | | 0 |
| Other - list | 0 | | | 0 |
| b. subtotal | 0 | 5878 | 5878 | 0 |

TOTAL TAXES PAID - from a. & b. above                31158
(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes:    N/A

* **the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.**

Revised: 04/16/2009 *(updated 08/26/2015)*

OFFICE OF THE U.S. TRUSTEE - REGION 10
AGING SCHEDULES FOR RECEIVABLES & PAYABLES for the month ended __11/30/19__

| *Accounts Receivable* | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Pre-petition | | | 47037 | 23433 | |
| Post-petition | 8888 | 48077 | 38358 | | |
| Totals | 8888 | 48077 | 50873 | 23433 | 2482179O (grand total) |

| *Accounts Payable* | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Post-petition only | 3594 | 19800 | | | 55741 (grand total) |

| *Notes or Leases Payable or adequate protection agreements* (Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days |
|---|---|---|---|---|
| List Creditor/Lessor: N/A | | | | |
| | | | | |
| | | | | |

Post-Petition Bank Accounts *(attach copies of all bank statements)*:

| | Bank Name | Beginning Balance | Ending Balance |
|---|---|---|---|
| operating | JPMorgan Chase Bank | 67049 | 96656 |
| payroll | | | |
| tax escrow | | | |
| other(s) | JPMorgan Chase Lockbox | 39403 | 624 |

Revised: 04/16/2009 *(updated 08/26/2015)*

## QUESTIONNAIRE:

|  | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | x | ☐ |
| 2. DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH?<br>If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. | ☐ | x |
| 3. HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY?<br>If yes, please provide the details. | ☐ | x |
| 4. DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?<br>If yes, please provide the details and a copy of the Court Order authorizing the payment. | ☐ | x |
| 5. DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME?<br>If no, please provide details. | x | ☐ |
| 6. HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH?<br>If no, please provide details. | x | ☐ |
| 7. DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH?<br>If no, please provide details. | x | ☐ |
| 8. DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH?<br>If yes, please identify the policies that were cancelled. | ☐ | x |
| 9. HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH?<br>If yes, please provide details. (1) | x | ☐ |
| 10. DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?<br>If yes, please provide details. (2) | x | ☐ |
| 11. DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?<br>If yes, provide details. | ☐ | x |
| 12. DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH?<br>If no, where was the money deposited. (3) | ☐ | x |
| 13. DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR IN ANY WAY? If yes, please provide the details. | ☐ | x |
| 14. DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH?<br>If no, why not? | x | ☐ |

15. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.

16. ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIOD TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDES DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.) (4)

17. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.

(1) The Debtor uses the cash collateral of UPS Capital Corporation pursuant to the interim cash collateral orders entered in this case.
(2) The Debtor has maintained its bank accounts in existence as of the petition date pursuant to the order authorizing the Debtor to maintain its bank accounts entered in this case.
(3) See response to question number 10 above.
(4) See attached schedule.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL AND SOUTHERN DISTRICT OF ILLINOIS**

**Case Name:** EP Technology Corporation USA          **Case Number:** 19-90927

Operating Report Summary* for Month of 11/30/2019

Cash on hand from ending balance of prior month (or petition filing date if first report) . . . . . . . . . . . . . . . $ 215365

**CASH RECEIPTS**

Cash Sales/Receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 58866
Collection of pre-petition accounts receivable . . . . . . . . . . . . . $ 369379
Collection of post-petition accounts receivable . . . . . . . . . . . . $ 15511
Loans to Debtor-in-Possession . . . . . . . . . . . . . . . . . . . . . . . . $
Contributions to capital or gifts . . . . . . . . . . . . . . . . . . . . . . . $
Other receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
**TOTAL RECEIPTS (Do not included beginning bank balance)** . . . . . . . . . . . $ 443756

**CASH DISBURSEMENTS**

Inventory purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
Net payments to Owners/Officers . . . . . . . . . . . . . . . . . . . . . . $ 15385
Net payments to Other Employees . . . . . . . . . . . . . . . . . . . . . . $ 117219
Rent & Lease payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
Mortgage, Note & Adequate Protection Payments . . . . . . . . . . $
Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3183
Tax payments - payroll and other . . . . . . . . . . . . . . . . . . . . . $ 311
Advertizing & Marketing . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 9444
Payment to Attorneys & Other Professionals . . . . . . . . . . . . . . $ 51595
UST Quarterly Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
All other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 85663
**TOTAL DISBURSEMENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 282880

**NET CASH FLOW (Total Receipts minus Total Disbursements)** . . . . . . . . . . . . $ 160876

**Cash on hand at end of month** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 376241

**CURRENT ASSETS:** Accounts Receivable at end of month . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 25312145
          Increase or (Decrease) in Accounts Receivable for month . . . . . . . . . . . $ 490355
          Inventory at end of month . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 16752046
          Increase or (Decrease) in Inventory for month . . . . . . . . . . . . . . . . . . . . $ (845542)

**LIABILITIES:** Increase or (Decrease) in Post-petition debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
          Increase or (Decrease) in Pre-petition debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
          Taxes payable:   Federal Payroll Taxes . . . . . . . . . . $
                    State Payroll Taxes . . . . . . . . . . . $
                    State Sales Taxes . . . . . . . . . . . . $
                    Other (describe) . . . . . . . . . . . . . $
          **TOTAL TAXES PAYABLE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

* **NOTE:**   **Summary for electronic filing with the Bankruptcy Court.**
          **For a complete set of Monthly Reports, please contact the Attorney for the Debtor-in-Possession.**

Revised: 04/16/2009 *(updated 08/26/2015)*

EPTCO Case #19-90927
Other Cash Disbursements

| | |
|---|---:|
| Shipping Expense | 52,453.00 |
| Office Expense | 1,566.00 |
| Domestic Travel/Expense Reimbursement | 633.00 |
| Sales Tax Expense | 391.00 |
| Bank and Merchant Service | 2,187.00 |
| UPS Interest | 0.00 |
| | 57,230.00 |

EPTCO Case #19-90927
Payments to Insiders

| | |
|---|---|
| Kevin Wan 11-15 Payroll Net Pay | 7,692.31 |
| Kevin Wan 11-19 Payroll Net Pay | 7,692.31 |
| | 15,384.62 |

EPTCO
Balance Sheet
November 30, 2019

ASSETS

| Current Assets | | |
|---|---|---|
| Petty Cash | $ | 400.87 |
| Petty Cash - 2 | | 21.68 |
| Chase - 0805 | | 3,294.23 |
| Chase - 1790 | | 9,246.43 |
| PayPal Ugetdirect | | 6,436.16 |
| Accounts Receivable | | 25,312,144.55 |
| Other Receivable-Z | | 40,331.65 |
| Other Receivable-ZUS | | 69,499.69 |
| Inventory | | 16,752,045.67 |
| Accrual shipping Capitalizatio | | 97,607.44 |
| Prepayment | | 100.00 |
| Deferred Tax Asset | | 319,000.00 |
| | | |
| Total Current Assets | | 42,610,128.37 |
| | | |
| Property and Equipment | | |
| Equipment & Machinery | | 935,025.37 |
| Accum Depr - Office Equipment | | (668,036.57) |
| Furniture & Fixtures | | 73,139.87 |
| Accum Depr - Funiture & Fixtur | | (78,566.37) |
| Building Improvement | | 63,754.83 |
| Accum Depr- Building Improveme | | (35,419.75) |
| Accrual Depreiation | | (143,000.00) |
| | | |
| Total Property and Equipment | | 146,897.38 |
| | | |
| Other Assets | | |
| Other Assets | | 5,700.00 |
| | | |
| Total Other Assets | | 5,700.00 |
| | | |
| Total Assets | $ | 42,762,725.75 |

12/16/2019 at 10:28 AM                                    Unaudited - For Management Purposes Only

LIABILITIES AND CAPITAL

| | | | |
|---|---|---|---|
| Current Liabilities | | | |
| Accounts Payable | $ | 7,244,879.47 | |
| Credit Card 1019 | | 81,384.05 | |
| Credit Card 1845 | | 27,180.49 | |
| Income Taxes Payable | | 1,045,995.60 | |
| Accrual Warranty | | 250,238.54 | |
| Accrual Refund | | 5,870.97 | |
| Accrual Discount | | 267,460.11 | |
| Accrual Payroll | | 28,702.74 | |
| Accrual PTO | | 37,957.46 | |
| Accrual Pension Expense | | 358.82 | |
| Accrual Payroll Tax | | 1,737.56 | |
| Accrued Interest | | 166,125.90 | |
| Other Payable-EPS | | 38,000.00 | |
| Other Payable-McShare | | 20,000.00 | |
| Other Payable-SHO | | 55,000.00 | |
| Other Payable-AFD | | 10,000.00 | |
| Simple IRA Deduction Payable | | 1,912.57 | |
| Deferred Tax Liability | | 154,000.00 | |
| | | | |
| Total Current Liabilities | | | 9,436,804.28 |
| | | | |
| Long-Term Liabilities | | | |
| UPS Capital Loan Payable | | 24,046,183.16 | |
| Term Notes Payable | | 550,000.00 | |
| | | | |
| Total Long-Term Liabilities | | | 24,596,183.16 |
| | | | |
| Total Liabilities | | | 34,032,987.44 |
| | | | |
| Capital | | | |
| Common Stock | | 100,000.00 | |
| Common Stock-2 | | 3,350,000.00 | |
| Retained Earnings | | 4,333,892.96 | |

12/16/2019 at 10:28 AM                    Unaudited - For Management Purposes Only

| | | |
|---|---|---|
| Net Income | 945,845.35 | |
| Total Capital | | 8,729,738.31 |
| Total Liabilities & Capital | $ | 42,762,725.75 |

Unaudited - For Management Purposes Only

EPTCO
Income Statement
For the Eleven Months Ending November 30, 2019

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| **Revenues** | | | | |
| Gross Sales | $ 978,494.55 | 103.65 | $ 59,889,887.90 | 100.27 |
| Check Refund | 0.00 | 0.00 | (2,593.99) | (0.00) |
| PayPal Refund | (4,460.08) | (0.47) | (145,685.36) | (0.24) |
| Other Refund | (3,770.00) | (0.40) | (100,948.21) | (0.17) |
| Dispute Activity | (239.62) | (0.03) | (17,022.57) | (0.03) |
| Sales Discounts | (73.35) | (0.01) | (72,419.54) | (0.12) |
| Sales Discount-Accrual | (13,735.60) | (1.45) | (129,760.10) | (0.22) |
| Estimated Refund | (12,157.07) | (1.29) | 306,488.64 | 0.51 |
| Gain | 0.00 | 0.00 | 509.98 | 0.00 |
| | | | | |
| Total Revenues | 944,058.83 | 100.00 | 59,728,456.75 | 100.00 |
| | | | | |
| | | | | |
| **Cost of Sales** | | | | |
| Product Cost | 835,632.42 | 88.51 | 51,257,986.51 | 85.82 |
| Shipping Costs | 0.00 | 0.00 | 310,088.38 | 0.52 |
| Shipping cost Capitalization | 0.00 | 0.00 | 55,780.78 | 0.09 |
| | | | | |
| Total Cost of Sales | 835,632.42 | 88.51 | 51,623,855.67 | 86.43 |
| | | | | |
| Gross Profit | 108,426.41 | 11.49 | 8,104,601.08 | 13.57 |
| | | | | |
| **Expenses** | | | | |
| Salary Expense | 116,802.06 | 12.37 | 1,672,515.98 | 2.80 |
| IRA Contribution Expense | 1,407.25 | 0.15 | 25,500.10 | 0.04 |
| Health Life Disability Insuran | 10,482.12 | 1.11 | 130,582.57 | 0.22 |
| Dental and Vison Insurance | 843.97 | 0.09 | 13,023.26 | 0.02 |
| Company Payroll Tax | 7,251.81 | 0.77 | 134,105.35 | 0.22 |
| Temporary Labor Expense | 0.00 | 0.00 | 30,226.43 | 0.05 |
| Estimated PTO | 3,354.68 | 0.36 | (31,926.79) | (0.05) |
| Estimated Payroll Tax | (286.28) | (0.03) | (4,423.22) | (0.01) |
| Shipping Expense | 44,855.65 | 4.75 | 592,580.74 | 0.99 |
| Shipping Supply Expense | 12,822.81 | 1.36 | 91,327.72 | 0.15 |

12/16/2019 at 10:28 AM                    For Management Purposes Only

|  | Current Month |  | Year to Date |  |
|---|---|---|---|---|
| Postage Expense | 6,679.95 | 0.71 | 68,097.80 | 0.11 |
| Office Expense | 763.60 | 0.08 | 12,706.25 | 0.02 |
| Office Rent Expense | 30,143.60 | 3.19 | 329,999.40 | 0.55 |
| Utilities Expense | 8,540.97 | 0.90 | 84,709.58 | 0.14 |
| Phone and Internet Expense | 3,191.96 | 0.34 | 226,632.10 | 0.38 |
| Maintenance & Repairs Expense | 309.34 | 0.03 | 20,246.24 | 0.03 |
| Domestic Travel | 1,697.94 | 0.18 | 15,011.57 | 0.03 |
| International Travel Expense | 0.00 | 0.00 | 994.50 | 0.00 |
| Meal Expense | 0.00 | 0.00 | 16,209.60 | 0.03 |
| Disposal and Environmental Exp | 703.54 | 0.07 | 8,394.73 | 0.01 |
| Depreciation Expense | 13,000.00 | 1.38 | 143,000.00 | 0.24 |
| Bad Debt Expense | 0.00 | 0.00 | 4,605.98 | 0.01 |
| Entertainment and Gifts | 0.00 | 0.00 | 2,584.58 | 0.00 |
| Membership and Subscriptions | 0.00 | 0.00 | 119.00 | 0.00 |
| Trade Show Expense | 0.00 | 0.00 | 2,560.00 | 0.00 |
| Hiring and Employee Protection | 30.00 | 0.00 | 1,150.74 | 0.00 |
| Public Relations Expense | 0.00 | 0.00 | 842.57 | 0.00 |
| Accounting & Auditing Expense | 5,324.07 | 0.56 | 107,420.00 | 0.18 |
| Consulting Expense | 0.00 | 0.00 | 225,000.00 | 0.38 |
| Legal Service | 80,752.37 | 8.55 | 171,036.00 | 0.29 |
| Corporation License and Renew | 0.00 | 0.00 | 3,569.48 | 0.01 |
| Penalty and Other Cost | (373.24) | (0.04) | 26,099.64 | 0.04 |
| Selling and Marketing Expense | 17,478.76 | 1.85 | 458,098.34 | 0.77 |
| Sales Tax Expense | 390.50 | 0.04 | 55,226.79 | 0.09 |
| Insurance-Business | 0.00 | 0.00 | 62,773.00 | 0.11 |
| Insurance-Liability | 363.11 | 0.04 | 3,980.89 | 0.01 |
| Insurance-Cargo | 3,182.70 | 0.34 | 12,545.40 | 0.02 |
| Insurance-Other | 0.00 | 0.00 | 5,060.19 | 0.01 |
| PayPal Fees | 4,872.03 | 0.52 | 83,853.57 | 0.14 |
| EBay Fees | 5,120.50 | 0.54 | 145,904.20 | 0.24 |
| Credit Card Fees | 0.00 | 0.00 | 415.00 | 0.00 |
| Bank and Merchant Service | 1,844.02 | 0.20 | 20,942.39 | 0.04 |
| Amazon Fees | 4,423.79 | 0.47 | 143,710.74 | 0.24 |
| Other Processing Charge | 9.00 | 0.00 | 48,575.24 | 0.08 |
| Web Hosting & Domains | 18.17 | 0.00 | 3,585.80 | 0.01 |
| IT Maintenance Expense | 98.49 | 0.01 | 16,078.60 | 0.03 |
| R&D Expense | 0.00 | 0.00 | 99.00 | 0.00 |
| Loan Interest Expense | 166,125.90 | 17.60 | 1,538,298.02 | 2.58 |
| Other Interest Expense | 343.28 | 0.04 | 29,744.37 | 0.05 |
| Corp Income Tax | (133,242.60) | (14.11) | 405,362.29 | 0.68 |

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| Total Expenses | 419,325.82 | 44.42 | 7,158,755.73 | 11.99 |
| Net Income | ($ 310,899.41) | (32.93) $ | 945,845.35 | 1.58 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019
**Account Number:** 000000906440805

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00010223 WBS 111211 33419 NNNNNNNNNNN 1 000000000 80 0000
EP TECHNOLOGY CORPORATION U.S.A.
1401 INTERSTATE DR STE B
CHAMPAIGN IL 61822-1173

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $67,048.71 |  |
| Deposits and Credits | 6 | $283,704.88 |  |
| Withdrawals and Debits | 17 | $144,312.48 |  |
| Checks Paid | 45 | $109,785.35 |  |
| **Ending Ledger Balance** |  | **$96,655.76** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/07 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: UPS Capital Portolio Management Atlanta GA 30328-3475 Ref: Chase Nyc/Ctr/Bnf=Ep Technology Corporation U.S.A. Champaign IL 61822- 1173 US/Ac-000000009064 Rfb=2019000 039539 Obi=D1265 Bbi=/Time/12:10 Imad: 1107I1B7033R008471 Trn: 3575609311Ff YOUR REF: 2019000039539 | $13,500.00 |
| 11/13 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: UPS Capital Portolio Management Atlanta GA 30328-3475 Ref: Chase Nyc/Ctr/Bnf=Ep Technology Corporation U.S.A. Champaign IL 61822- 1173 US/Ac-000000009064 Rfb=2019000 040165 Obi=D1265 Bbi=/Time/15:39 Imad: 1113I1B7032R016756 Trn: 6220509317Ff YOUR REF: 2019000040165 | 88,400.00 |
| 11/18 | Remote Online Deposit          1 | 179.98 |
| 11/20 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: UPS Capital Portolio Management Atlanta GA 30328-3475 Ref: Chase Nyc/Ctr/Bnf=Ep Technology Corporation U.S.A. Champaign IL 61822- 1173 US/Ac-000000009064 Rfb=2019000 041254 Obi=D1265 Bbi=/Time/15:40 Imad: 1120I1B7033R015295 Trn: 5863109324Ff YOUR REF: 2019000041254 | 24,750.00 |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

# CHASE ◯

November 01, 2019 through November 29, 2019

**Account Number:** 000000906440805

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 11/20 | Remote Online Deposit              1 | 374.90 |
| 11/26 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: UPS Capital Portolio Management Atlanta GA 30328-3475 Ref: Chase Nyc/Ctr/Bnf=Ep Technology Corporation U.S.A. Champaign IL 61822- 1173 US/Ac-000000009064 Rfb=2019000 041980 Obi=D1265 Bbi=/Time/11:09 Imad: 1126I1B7032R007577 Trn: 3099209330Ff YOUR REF: 2019000041980 | 156,500.00 |
| **Total** | | **$283,704.88** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/04 | Orig CO Name:Citi Card Online       Orig ID:Citictp   Desc Date:191101 CO Entry Descr:Payment  Sec:Web   Trace#:091409682941522 Eed:191104 Ind ID:153108418736115      Ind Name:Lydialan Feng Trn: 3082941522Tc | $6,367.27 |
| 11/04 | Orig CO Name: American Funds       Orig ID:1956817943 Desc Date:000000 CO Entry Descr:Investmentsec:CCD   Trace#:091000012941524 Eed:191104 Ind ID:000000460341439      Ind Name:Ep Technology Corporat 0000000: Gpurchrstr Trn: 3082941524Tc | 1,584.80 |
| 11/04 | Orig CO Name: American Funds       Orig ID:1956817943 Desc Date:000000 CO Entry Descr:Investmentsec:CCD   Trace#:091000012941525 Eed:191104 Ind ID:000000885583722      Ind Name:Ep Technology Corporat 0000000: Gpurchrstr Trn: 3082941525Tc | 808.17 |
| 11/08 | Orig CO Name:Citi Card Online       Orig ID:Citictp   Desc Date:191107 CO Entry Descr:Payment  Sec:Web   Trace#:091409684831577 Eed:191108 Ind ID:143114373569546      Ind Name:Lydialan Feng Trn: 3124831577Tc | 2,281.51 |
| 11/13 | Fedwire Debit Via: Dbtco Americas Nyc/021001033 A/C: ADP, LLC. San Dimas, CA 91773 US Imad: 1113B1Qgc07C006418 Trn: 5111500317Jo YOUR REF: NONREF | 61,875.13 |
| 11/15 | Orig CO Name:Citi Card Online       Orig ID:Citictp   Desc Date:191114 CO Entry Descr:Payment  Sec:Web   Trace#:091409681469590 Eed:191115 Ind ID:433120232737505      Ind Name:Lydialan Feng Trn: 3191469590Tc | 2,063.04 |
| 11/15 | Account Analysis Settlement Charge | 1,844.02 |
| 11/18 | Orig CO Name: American Funds       Orig ID:1956817943 Desc Date:000000 CO Entry Descr:Investmentsec:CCD   Trace#:091000015142164 Eed:191118 Ind ID:000000460341439      Ind Name:Ep Technology Corporat 0000000: Gpurchrstr Trn: 3225142164Tc | 1,245.35 |
| 11/18 | Orig CO Name: American Funds       Orig ID:1956817943 Desc Date:000000 CO Entry Descr:Investmentsec:CCD   Trace#:091000015142165 Eed:191118 Ind ID:000000885583722      Ind Name:Ep Technology Corporat 0000000: Gpurchrstr Trn: 3225142165Tc | 734.89 |
| 11/20 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38138-7420 US Ref:/Bnf/Aba/071000013 JPMorgan Chase Bank, NA New York, NY 10014 US Trn: 4782600324Jo YOUR REF: NONREF | 5,700.00 |
| 11/20 | Orig CO Name:Comm of Mass EFT       Orig ID:4602285821 Desc Date:191119 CO Entry Descr:MA Dor Paysec:CCD Trace#:051000015007874 Eed:191120  Ind ID:1134251648              Ind Name:Ep Technology Corporat Dept. of Revenue Trn: 3245007874Tc | 12.56 |

# CHASE ◆

November 01, 2019 through November 29, 2019

**Account Number:** 000000906440805



## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 11/21 | Orig CO Name:Citi Card Online    Orig ID:Citictp    Desc Date:191120 CO Entry Descr:Payment  Sec:Web    Trace#:091409687891642 Eed:191121 Ind ID:433125644700083       Ind Name:Lydialan Feng Trn: 3257891642Tc | 500.01 |
| 11/21 | Orig CO Name:IL Dept of Reven       Orig ID:5555566257 Desc Date:     CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000017891644 Eed:191121 Ind ID:00000078694752       Ind Name:E P Technology Corp US Txp*31090354*0411*20191031*T*17300\                      EDI Trn: 3257891644Tc | 173.00 |
| 11/21 | Orig CO Name:Tax Payments       Orig ID:9Stofoktxp Desc Date:191120 CO Entry Descr:OK Tax Pmtsec:CCD    Trace#:021000027891639 Eed:191121  Ind ID:680344384       Ind Name:Ep Technology Corporat    Txp*Gk*Svu*A*Svu1534724902*20191031 *Rtnpym*20191119*2059\            99999_99999_Lic Trn: 3257891639Tc | 20.59 |
| 11/25 | Orig CO Name:CA Dept Tax Fee       Orig ID:2822162215 Desc Date:191122 CO Entry Descr:Cdtfa Epmtsec:CCD    Trace#:122000494038858 Eed:191125  Ind ID:4231784       Ind Name:Eptco Trn: 3294038858Tc | 114.56 |
| 11/26 | Fedwire Debit Via: Dbtco Americas Nyc/021001033 A/C: ADP, LLC. San Dimas, CA 91773 US Imad: 1126B1Qgc07C010725 Trn: 3540900330Jo YOUR REF: NONREF | 57,786.78 |
| 11/27 | Orig CO Name:Citi Card Online    Orig ID:Citictp    Desc Date:191126 CO Entry Descr:Payment  Sec:Web    Trace#:091409682897331 Eed:191127 Ind ID:423130819798190       Ind Name:Lydialan Feng Trn: 3312897331Tc | 1,200.80 |
| **Total** | | **$144,312.48** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 13559 | 11/01 | $277.37 | 13601 | 11/01 | $444.57 | 13616 | 11/25 | $62.24 |
| 13582* | 11/05 | $111.46 | 13602 | 11/04 | $792.26 | 13617 | 11/22 | $25.51 |
| 13583 | 11/06 | $2,960.96 | 13603 | 11/18 | $29.91 | 13618 | 11/18 | $4,071.85 |
| 13585* | 11/04 | $29.00 | 13604 | 11/04 | $14,746.89 | 13619 | 11/21 | $9,869.24 |
| 13590* | 11/04 | $7,011.84 | 13605 | 11/05 | $9,856.96 | 13620 | 11/21 | $3,182.70 |
| 13591 | 11/01 | $2,765.26 | 13606 | 11/05 | $1,281.85 | 13621 | 11/26 | $69.79 |
| 13592 | 11/06 | $78.49 | 13607 | 11/12 | $30.00 | 13622 | 11/26 | $78.49 |
| 13593 | 11/04 | $2,006.03 | 13608 | 11/12 | $100.79 | 13623 | 11/25 | $191.30 |
| 13594 | 11/08 | $14,386.95 | 13609 | 11/08 | $4,282.44 | 13624 | 11/25 | $450.99 |
| 13595 | 11/05 | $20.00 | 13610 | 11/12 | $37.59 | 13625 | 11/25 | $170.38 |
| 13596 | 11/05 | $300.00 | 13611 | 11/12 | $6,714.34 | 13626 | 11/25 | $159.63 |
| 13597 | 11/07 | $67.51 | 13612 | 11/25 | $78.49 | 13628* | 11/22 | $4,878.06 |
| 13598 | 11/05 | $171.34 | 13613 | 11/21 | $152.35 | 13629 | 11/26 | $10,409.91 |
| 13599 | 11/04 | $35.10 | 13614 | 11/21 | $181.50 | 13630 | 11/26 | $1,798.25 |
| 13600 | 11/05 | $151.42 | 13615 | 11/20 | $2,962.34 | 13635* | 11/27 | $2,302.00 |

| **Total** | **45 check(s)** | | | | | | | **$109,785.35** |

\* indicates gap in sequence

## CHASE ⬡

November 01, 2019 through November 29, 2019
**Account Number:** 000000906440805

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 11/01 | $63,561.51 | 11/15 | $23,464.35 |
| 11/04 | $30,180.15 | 11/18 | $17,562.33 |
| 11/05 | $18,287.12 | 11/20 | $34,012.33 |
| 11/06 | $15,247.67 | 11/21 | $19,932.94 |
| 11/07 | $28,680.16 | 11/22 | $15,029.37 |
| 11/08 | $7,729.26 | 11/25 | $13,801.78 |
| 11/12 | $846.54 | 11/26 | $100,158.56 |
| 11/13 | $27,371.41 | 11/27 | $96,655.76 |

Your service charges, fees and earnings credit have been calculated through account analysis.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019
Account Number: **000000108821790**

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00001845 DDA 111 212 33419 NNNNNNNNNNNN 1 000000000 C1 0000

EP TECHNOLOGY CORPORATION U.S.A.
1401 INTERSTATE DR STE B
CHAMPAIGN IL 61822-1173

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$39,403.34** |
| Deposits and Additions | 42 | 459,265.61 |
| Electronic Withdrawals | 19 | - 498,045.32 |
| **Ending Balance** | **61** | **$623.63** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Orig CO Name:Ep Surveillance      Orig ID:9200502235 Desc Date:191101 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024914202 Eed:191101  Ind ID:5232923501      Ind Name:Ep Technology Corporat Trn: 3044914202Tc | $13,037.00 |
| 11/01 | Orig CO Name:Paypal           Orig ID:Paypalsd11 Desc Date:191031 CO Entry Descr:Transfer Sec:PPD   Trace#:091000014914200 Eed:191101  Ind ID:4Qcj2Augtb6Fg      Ind Name:Ep Technology Corporat Transfer Trn: 3044914200Tc | 2,473.78 |
| 11/04 | Orig CO Name:Paypal           Orig ID:Paypalsd11 Desc Date:191102 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010969033 Eed:191104  Ind ID:4Qcj2Auhjnrvl      Ind Name:Ep Technology Corporat Transfer Trn: 3080969033Tc | 2,810.71 |
| 11/04 | Orig CO Name:Paypal           Orig ID:Paypalsd11 Desc Date:191101 CO Entry Descr:Transfer Sec:PPD   Trace#:091000011116263 Eed:191104  Ind ID:4Qcj2Auh6Ybj8      Ind Name:Ep Technology Corporat Transfer Trn: 3051116263Tc | 2,729.69 |
| 11/04 | Orig CO Name:Paypal           Orig ID:Paypalsd11 Desc Date:191103 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010969035 Eed:191104  Ind ID:4Qcj2Auhtptqw      Ind Name:Ep Technology Corporat Transfer Trn: 3080969035Tc | 2,682.96 |



November 01, 2019 through November 29, 2019

Account Number: **000000108821790**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/05 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191104 CO Entry Descr:Transfer Sec:PPD   Trace#:091000017479855 Eed:191105  Ind ID:4Qcj2Auj5Eu7E        Ind Name:Ep Technology Corporat Transfer Trn: 3087479855Tc | 2,051.50 |
| 11/06 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191105 CO Entry Descr:Transfer Sec:PPD   Trace#:091000016306416 Eed:191106  Ind ID:4Qcj2Aujkpq9W        Ind Name:Ep Technology Corporat Transfer Trn: 3096306416Tc | 3,268.66 |
| 11/06 | Orig CO Name:Asi Computer Tec     Orig ID:6520120000 Desc Date:        CO Entry Descr:Asi Canadasec:CCD   Trace#:026004099131391 Eed:191106  Ind ID:090211 USD        Ind Name:Ep Technology Corp Trn: 3109131391Tc | 115.50 |
| 11/07 | Remote Online Deposit          2 | 43,569.24 |
| 11/07 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191106 CO Entry Descr:Transfer Sec:PPD   Trace#:091000013105065 Eed:191107  Ind ID:4Qcj2Aujysxbl        Ind Name:Ep Technology Corporat Transfer Trn: 3103105065Tc | 2,232.36 |
| 11/08 | Deposit     1058879422 | 63,046.98 |
| 11/08 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191107 CO Entry Descr:Transfer Sec:PPD   Trace#:091000015604915 Eed:191108  Ind ID:4Qcj2Aukdlphs        Ind Name:Ep Technology Corporat Transfer Trn: 3115604915Tc | 3,678.39 |
| 11/12 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191108 CO Entry Descr:Transfer Sec:PPD   Trace#:091000016165943 Eed:191112  Ind ID:4Qcj2Aukskt4U        Ind Name:Ep Technology Corporat Transfer Trn: 3126165943Tc | 2,560.41 |
| 11/12 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191111 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010124082 Eed:191112  Ind ID:4Qcj2Aulpy9Vy        Ind Name:Ep Technology Corporat Transfer Trn: 3160124082Tc | 2,373.65 |
| 11/12 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191109 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010124084 Eed:191112  Ind ID:4Qcj2Aul6D8Fy        Ind Name:Ep Technology Corporat Transfer Trn: 3160124084Tc | 2,214.36 |
| 11/12 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191110 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010124086 Eed:191112  Ind ID:4Qcj2Auleyemu        Ind Name:Ep Technology Corporat Transfer Trn: 3160124086Tc | 2,159.39 |
| 11/13 | Remote Online Deposit          2 | 66,426.30 |
| 11/13 | Remote Online Deposit          2 | 51,275.00 |
| 11/13 | Remote Online Deposit          2 | 822.91 |
| 11/13 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191112 CO Entry Descr:Transfer Sec:PPD   Trace#:091000013618574 Eed:191113  Ind ID:4Qcj2Aum5Grvn        Ind Name:Ep Technology Corporat Transfer Trn: 3163618574Tc | 2,925.57 |
| 11/14 | Orig CO Name:Amzn4Lc69Lm0        Orig ID:3215240102 Desc Date:191114 CO Entry Descr:Marketplacsec:CCD   Trace#:091000012240243 Eed:191114  Ind ID:52Rsw1Phtuxlcsi        Ind Name:Ep Technology Corporat Payments.Amazon.Com ID#52Rsw1Phtuxl Csi 4Lc69Lm0 Trn: 3172240243Tc | 16,628.94 |
| 11/14 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191113 CO Entry Descr:Transfer Sec:PPD   Trace#:091000012240241 Eed:191114  Ind ID:4Qcj2Aumjf9Qq        Ind Name:Ep Technology Corporat Transfer Trn: 3172240241Tc | 2,532.63 |
| 11/15 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191114 CO Entry Descr:Transfer Sec:PPD   Trace#:091000010842570 Eed:191115  Ind | 2,344.68 |

# CHASE ◯

November 01, 2019 through November 29, 2019
Account Number: **000000108821790**



## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ID:4Qcj2Aumwrsme        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3180842570Tc | |
| 11/18 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191116 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000013407016 Eed:191118  Ind<br>ID:4Qcj2Aunprjwy        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3223407016Tc | 3,586.52 |
| 11/18 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191115 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000015782269 Eed:191118  Ind<br>ID:4Qcj2Aunb86R8        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3195782269Tc | 3,166.26 |
| 11/18 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191117 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000013407014 Eed:191118  Ind<br>ID:4Qcj2Aunyhf2U        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3223407014Tc | 2,792.96 |
| 11/19 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191118 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000012225129 Eed:191119  Ind<br>ID:4Qcj2Aupa2Lkq        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3222225129Tc | 2,062.92 |
| 11/20 | Remote Online Deposit        2 | 52,175.00 |
| 11/20 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191119 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000016685863 Eed:191120  Ind<br>ID:4Qcj2Aupq82Sy        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3236685863Tc | 2,172.96 |
| 11/21 | Orig CO Name:Ep Surveillance        Orig ID:9200502235 Desc Date:191121 CO<br>Entry Descr:ACH Pmt  Sec:CCD    Trace#:021000029385830 Eed:191121  Ind<br>ID:5234615382        Ind Name:Ep Technology Corporat Trn:<br>3249385830Tc | 8,000.00 |
| 11/21 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191120 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000019385828 Eed:191121  Ind<br>ID:4Qcj2Auq58P7A        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3249385828Tc | 2,687.05 |
| 11/22 | Remote Online Deposit        2 | 54,395.00 |
| 11/22 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191121 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000012136099 Eed:191122  Ind<br>ID:4Qcj2Auqhgrws        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3252136099Tc | 2,224.66 |
| 11/25 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191122 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000013310215 Eed:191125  Ind<br>ID:4Qcj2Auqvzz9W        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3261310215Tc | 2,392.68 |
| 11/25 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191123 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000012381054 Eed:191125  Ind<br>ID:4Qcj2Aura7Qt8        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3292381054Tc | 2,126.33 |
| 11/25 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191124 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000012381052 Eed:191125  Ind<br>ID:4Qcj2Aurkeaqs        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3292381052Tc | 1,568.11 |
| 11/26 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191125 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000010466483 Eed:191126  Ind<br>ID:4Qcj2Aurvhefa        Ind Name:Ep Technology Corporat<br>Transfer Trn: 3290466483Tc | 1,826.43 |
| 11/27 | Remote Online Deposit        2 | 2,745.43 |
| 11/27 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:191126 CO<br>Entry Descr:Transfer Sec:PPD    Trace#:091000014341352 Eed:191127  Ind | 3,506.48 |

# CHASE ○

November 01, 2019 through November 29, 2019
Account Number: **000000108821790**

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ID:4Qcj2Auscd6Yn          Ind Name:Ep Technology Corporat Transfer Trn: 3304341352Tc | |
| 11/29 | Orig CO Name:Amzniq5Nzi4l          Orig ID:3215240102 Desc Date:191128 CO Entry Descr:Marketplacsec:CCD   Trace#:091000015053327 Eed:191129   Ind ID:3lgmc1A9lszymya          Ind Name:Ep Technology Corporat Payments.Amazon.Com ID#3lgmc1A9lszy Mya lq5Nzi4l Trn: 3315053327Tc | 12,652.06 |
| 11/29 | Orig CO Name:Paypal          Orig ID:Paypalsd11 Desc Date:191127 CO Entry Descr:Transfer Sec:PPD   Trace#:091000015053325 Eed:191129   Ind ID:4Qcj2Auss7Bww          Ind Name:Ep Technology Corporat Transfer Trn: 3315053325Tc | 2,829.55 |
| 11/29 | Orig CO Name:Paypal          Orig ID:Paypalsd11 Desc Date:191128 CO Entry Descr:Transfer Sec:PPD   Trace#:091000012448477 Eed:191129   Ind ID:4Qcj2Aut7Hefq          Ind Name:Ep Technology Corporat Transfer Trn: 3332448477Tc | 2,394.60 |
| **Total Deposits and Additions** | | **$459,265.61** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1101B1Qgc06C003896 Trn: 1249900305Zm | $54,914.12 |
| 11/04 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1104B1Qgc07C003579 Trn: 1054300308Zm | 8,223.36 |
| 11/05 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1105B1Qgc03C003502 Trn: 1079000309Zm | 2,051.50 |
| 11/06 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:03 Imad: 1106B1Qgc01C003692 Trn: 1055100310Zm | 3,384.16 |
| 11/07 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1107B1Qgc08C003713 Trn: 0874400311Zm | 2,232.36 |
| 11/08 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1108B1Qgc02C002932 Trn: 1044200312Zm | 34,376.86 |
| 11/12 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:03 Imad: 1112B1Qgc06C004478 Trn: 0824100316Zm | 85,225.56 |
| 11/13 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:02 Imad: 1113B1Qgc05C004392 Trn: 0920700317Zm | 2,925.57 |
| 11/14 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:03 Imad: 1114B1Qgc05C004682 Trn: 0879300318Zm | 102,328.52 |
| 11/15 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:03 Imad: 1115B1Qgc06C002735 Trn: 1086100319Zm | 37,701.94 |
| 11/18 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:09 Imad: 1118B1Qgc01C002459 Trn: 0987400322Zm | 9,545.74 |
| 11/19 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time:08:03 Imad: 1119B1Qgc03C003562 Trn: 0991100323Zm | 2,062.92 |



November 01, 2019 through November 29, 2019

Account Number: **000000108821790**



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/20 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:02 Imad: 1120B1Qgc05C004703 Trn: 1010600324Zm | 2,172.96 |
| 11/21 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:02 Imad: 1121B1Qgc02C003592 Trn: 0840800325Zm | 47,409.55 |
| 11/22 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:03 Imad: 1122B1Qgc02C002651 Trn: 0881000326Zm | 17,677.16 |
| 11/25 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:02 Imad: 1125B1Qgc01C002802 Trn: 0807000329Zm | 44,363.62 |
| 11/26 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:02 Imad: 1126B1Qgc01C004524 Trn: 0748300330Zm | 17,944.93 |
| 11/27 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:02 Imad: 1127B1Qgc07C003832 Trn: 0909200331Zm | 3,506.48 |
| 11/29 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: UPS Capital Portfolio Management Incoming Transfers Ref: Ep Technology CO/Time/08:03 Imad: 1129B1Qgc01C004835 Trn: 1045500333Zm | 19,998.01 |

**Total Electronic Withdrawals** **$498,045.32**

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/01 | $0.00 | 11/18 | 0.00 |
| 11/04 | 0.00 | 11/19 | 0.00 |
| 11/05 | 0.00 | 11/20 | 52,175.00 |
| 11/06 | 0.00 | 11/21 | 15,452.50 |
| 11/07 | 43,569.24 | 11/22 | 54,395.00 |
| 11/08 | 75,917.75 | 11/25 | 16,118.50 |
| 11/12 | 0.00 | 11/26 | 0.00 |
| 11/13 | 118,524.21 | 11/27 | 2,745.43 |
| 11/14 | 35,357.26 | 11/29 | 623.63 |
| 11/15 | 0.00 | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC