**IT IS SO ORDERED.**

**SIGNED THIS: November 2, 2020**

*[signature: Mary P. Gorman]*

**Mary P. Gorman
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EP TECHNOLOGY CORPORATION USA[1] | § | Case No. 19-90927 |
| | § | |
| Debtor. | § | Honorable Mary P. Gorman |
| | § | |

**ORDER (I) APPROVING THE USE OR SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED RELIEF**

This matter having come to be heard on the Motion (the "**Motion**")[2] of EP Technology Corporation USA (the "**Debtor**") seeking authority to use or sell the property described in the Motion (the "**EP Tech Goods**"):

---

[1] The Debtor's tax identification number is 37-1397715. The location of the Debtor's headquarters and service address is 1401 Interstate Dr., Suite B, Champaign, IL 61822.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed such term in the Motion.

{00177059}

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor is authorized to execute the Agreement attached to the Motion as **Exhibit 1** as well as any other acts as may be reasonable and necessary to consummate the sale of the EP Tech Goods.

3. Pursuant to 11 U.S.C. §§363(b) and (f), and upon completion of the exchange of the EP Tech Goods and the receipt by the Debtor of the New Goods, the transfer of the EP Tech Goods to ShenZhen free and clear of all interests and the transactions contemplated thereby are approved in all respects. For the avoidance of doubt, UPS Capital Corporation ("**UPS**") retains a security interest in the EP Tech Goods until completion of the exchange of the EP Tech Goods and Debtor's receipt and acceptance of the New Goods, and UPS obtains a security interest in the New Goods upon delivery to the Debtor in the same validity, extent and priority as existed in the EP Tech Goods immediately prior to the sale and exchange. Further, any and all claims, liens, interests and encumbrances of UPS with respect to the New Goods shall attach to the proceeds of any sale of the New Goods in the same validity, extent and priority as existed immediately prior to the sale.

4. Except as specifically provided in the Agreement, ShenZhen shall not be liable for any claims against the Debtor or any of its predecessors or affiliates or any other third party whatsoever.

5. The transactions contemplated by the Agreement are undertaken by ShenZhen in good faith, as that term is used in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein by this Order to consummate the sale shall not affect the validity of the sale to ShenZhen. ShenZhen is a purchaser in good faith of the EP Tech Goods and is entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.

6.  This Order shall be effective and enforceable immediately upon entry, and any stay of orders provided for in Bankruptcy Rules 6004(h) and any other provision of the Bankruptcy Code or Bankruptcy Rules shall not apply.

###

APPROVED FOR ENTRY

*/s/ Angela M. Snell*
Angela Snell (Bar No. 6307044)

FactorLaw
105 W. Madison St., Suite 1500
Chicago, Illinois 60602
Telephone No.: 312.878.6976
E-mail: asnell@wfactorlaw.com

*Attorney for Debtor EP Technology Corporation U.S.A.*