# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **EP Technology Corporation, USA**, | Bankruptcy No. 19-90927 |
| Debtor. | Honorable Mary P. Gorman |

## SECOND REPORT OF PENDING SALE

The above-captioned debtor and debtor in possession (the "**Debtor**") respectfully reports as follows:

1. On July 28, 2020, the Bankruptcy Court for the Central District of Illinois entered its *Order (I) Approving the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [Ecf. Dkt. No. 223] authorizing the Debtor to sell certain inventory as described more fully in *Debtor's Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [Ecf. Dkt. No. 208] for the total purchase price of $3,260,000.00 free and clear of liens, claims, encumbrances and interests.

2. On December 12, 2020 the Debtor filed the *Report of Pending Salei* [Ecf. Dkt. No. 301] stating that, among other things, the Debtor anticipated receiving payment, and completing the sale, on or before December 31, 2020.

3. Due to circumstances beyond the Debtor's control, the Debtor now anticipates that the sale will be completed, and full payment received, by the end of March 2021. To date, the Debtor has received approximately $700,000 from the buyer towards the total purchase price. The Debtor will file a report of final sale as appropriate at a later date.

{00182082 2}

Dated: January 4, 2021

Respectfully submitted,

By: /s/ *Angela M. Snell*
Attorney for the Debtor

William J. Factor (6205675)
Angela M. Snell (6307044)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email: asnell@wfactorlaw.com