# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **EP Technology Corporation, USA**, | Bankruptcy No. 19-90927 |
| Debtor. | Honorable Mary P. Gorman |

## REPORT OF SALE RELATED TO SHENZHEN

The above-captioned debtor and debtor in possession (the "**Debtor**") respectfully reports as follows:

1. On October 6, 2020, the undersigned filed the Debtor's Motion for Entry of an Order (I) Approving the Use or Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief [Dkt. No. 254] (the "Sale Motion").

2. The Sale Motion explained that prior to the petition date the Debtor shipped certain goods – i.e., the EP Tech Goods -- to China to have them refurbished, but was unable to complete that process or retrieve the goods due to a number of factors, including the shut-down related to Covid-19, as well as the Debtor's own cash flow difficulties that inhibited its ability to retrieve the EP Tech Goods from Chinese customs authorities.

3. The Sale Motion thus requested authorization to sell or transfer the EP Tech Goods to an entity known as ShenZhen DC Times Technology Co. Ltd. ("ShenZhen") in exchange for cash and new product to be produced by ShenZhen. ShenZhen is located in China and manufactures electrical equipment and supplies.

{00191641}

4. On November 2, 2020, the Court entered an Order granting the Debtor the authority to consummate the sale of the EP Tech Goods.  [Dkt No. 280]

5. As of March 17, 2021, the Debtor has received all of the goods that it was to have received from ShenZhen, which consist of 120,000 units of product and the $100,000 in cash referenced in the Sale Motion.

Dated: March 17, 2021

Respectfully submitted,

By: /s/ *William J. Factor*
Attorney for the Debtor

William J. Factor (6205675)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6976
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com

{00191641}